IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHAMES DELAHAYE, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.          No. 2:22-cv-11341-LVP-KGA

**PILGRIM AUTO, LLC, and MARTIN YOUNCE**     **DEFENDANTS**

### NOTICE OF WITHDRAWAL OF MOTION FOR TELEPHONIC STATUS CONFERENCE

Plaintiff Shames Delahaye, by and through his undersigned counsel, submits the following for his Notice of Withdrawal of Motion for Telephonic Status Conference:

1. On April 22, 2024, Plaintiff filed his Motion for Telephonic Status Conference. *See* ECF No. 17.

2. Plaintiff hereby withdraws his Motion for Telephonic Status Conference, ECF No. 11.

           Respectfully submitted,

           **SHAMES DELAHAYE, Individually**
           **and on Behalf of All Others**
           **Similarly Situated, PLAINTIFF**

           SANFORD LAW FIRM, PLLC
           Kirkpatrick Plaza
           10800 Financial Centre Parkway, Suite 510
           Little Rock, Arkansas 72211
           Telephone: (800) 615-4946
           Facsimile: (888) 787-2040

           */s/ Josh Sanford*
           Josh Sanford
           Ark. Bar No. 2001037
           josh@sanfordlawfirm.com

Page 1 of 1
Shames Delahaye, et al. v. Pilgrim Auto, LLC, et al.
U.S.D.C. (E.D. Mich.) No. 2:22-cv-11341-LVP-KGA
Notice of Withdrawal of Motion for Telephonic Status Conference