UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAMES DELAHAYE,

    Plaintiffs,

v.

                                Case No. 22-11341
                                Honorable Linda V. Parker

PILGRIM AUTO, LLC, et al.,

    Defendants.
_____/

**NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON**

**May 1, 2024 at 10:00 AM** for Telephonic Status Conference.  **Counsel shall call the Court's conference line at 1-810-674-0063 and use Access Code 682271654#.**

                                s/ Linda V. Parker
                                LINDA V. PARKER
                                U.S. DISTRICT JUDGE

Dated: April 26, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 26, 2024, by electronic and/or U.S. First Class mail.

                                s/ A. Flanigan
                                Case Manager