UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shames Delahaye,

                Plaintiff(s),

v.                                                  Case No. 2:22-cv-11341-LVP-KGA
                                                  Hon. Linda V. Parker

Pilgrim Auto, LLC, et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Altman pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                s/Linda V. Parker
                                                Linda V. Parker
                                                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/A Flanigan
                                                Case Manager

Dated:  May 8, 2024