UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shames Delahaye,

            Plaintiff(s),

v.                                        Case No. 2:22−cv−11341−LVP−KGA
                                               Hon. Linda V. Parker

Pilgrim Auto, LLC, et al.,

            Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

   PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Kimberly G. Altman as follows:

- STATUS CONFERENCE:  May 20, 2024 at 03:00 PM

   The conference shall be initiated by PLEASE DIAL: +1 3132617355, Phone Conference ID: 941 828 505#.

   If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

   **ADDITIONAL INFORMATION:**   RE: Scheduling a Settlement Conference

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/J. Owens
                                               Acting in the absence of Carolyn Ciesla

Dated:  May 13, 2024