UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAMES DELAHAYE,

                                                  Case No. 2:22-cv-11341

    Plaintiffs,

                                                  District Judge Linda V. Parker
V.                                        Magistrate Judge Kimberly G. Altman

PILGRIM AUTO, LLC,
And MARTIN YOUNCE,

    Defendants.

_____/

**NOTICE OF SETTLEMENT CONFERENCE OVER ZOOM**

A SETTLEMENT CONFERENCE over Zoom in the above-entitled case has been set for **MONDAY, JULY 8, 2024 at 2:00 P.M**. before U.S. Magistrate Judge Kimberly G. Altman. CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.

The parties shall submit concise confidential statements, **not to exceed five (5) pages**, (1) summarizing their respective position(s) on the case, (2) stating the strengths and weakness of their case, and (3) stating the history of all settlement negotiations. Additionally, although the Court will have reviewed the record, the

parties may attach exhibits that they believe would be helpful for the Court to review in settling the case.

Each party's confidential statement should be emailed to chambers at efile_altman@mied.uscourts.gov **by close of business on MONDAY, JULY 1, 2024** and **is not to be filed with the Court or placed on the docket**. The Zoom information will be sent separately.

s/KIMBERLY G. ALTMAN<br>
KIMBERLY G. ALTMAN<br>
U.S. MAGISTRATE JUDGE

Dated:  May 20, 2024

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2024, by electronic and/or ordinary mail.

s/Julie Owens<br>
Acting in the absence of Carolyn Ciesla<br>
Case Manager