IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **SHAMES DELAHAYE, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| vs.     No. 2:22-cv-11341-LVP-KGA | |
| **PILGRIM AUTO, LLC, and MARTIN YOUNCE** | **DEFENDANTS** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shames Delahaye and Defendants Pilgrim Auto, LLC and Martin Younce, by and through their undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*., and the Michigan Workforce Opportunity Wage Act ("WOWA"), MCL § 408.931, *et seq*.

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The agreement is in the form of a consent judgment, which will only be submitted for entry if Defendants default on their obligations under the agreement.

4. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 2
Shames Delahaye, et al. v. Pilgrim Auto, LLC, et al.
U.S.D.C. (E.D. Mich.) No. 2:22-cv-11341-LVP-KGA
Joint Stipulation of Dismissal with Prejudice

5.  The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

6.  As the parties' agreement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction of this matter for the limited purpose of enforcing the agreement, if necessary.

Respectfully submitted,

**SHAMES DELAHAYE, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and  **PILGRIM AUTO, LLC, and MARTIN YOUNCE, DEFENDANTS**

DARWYN P. FAIR LAW, PLLC
535 Griswold, Suite 111-554
Detroit, Michigan 48226
Telephone: (313) 967-0595

*/s/ Darwyn P. Fair*
Darwyn P. Fair
Mich. Bar No. P31266
dpfair@dpfairlaw.com

Page 2 of 2
Shames Delahaye, et al. v. Pilgrim Auto, LLC, et al.
U.S.D.C. (E.D. Mich.) No. 2:22-cv-11341-LVP-KGA
Joint Stipulation of Dismissal with Prejudice