# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHAMES DELAHAYE,

    Plaintiff(s),

V.                              CASE NO. 22-11341
                                    HON. LINDA V. PARKER

PILGRIM AUTO, LLC, et al.,

    Defendant(s).
    _____/

## ORDER OF DISMISSAL

The parties having filed a Joint Stipulation of Dismissal [ECF No. 23] on October 28, 2024; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                                          s/Linda V. Parker
                                          Linda V. Parker
                                          United States District Judge

Dated: October 28, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 28, 2024, by electronic and/or ordinary mail.

                                          s/A. Flanigan
                                          Case Manager